**ORDR**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK WARREN,<br><br>Defendant. | Case No. 2:23-cr-00240-JAD-EJY-002 |

**ORDER**

    Upon Motion of counsel and good cause appearing therefor,

    The Court directs that a pre-plea Presentence Investigation Report be prepared in this case. The U.S. Probation Office is directed to prepare a report detailing the Defendant's criminal history, if any.

    DATED AND DONE this 27th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE