ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC.
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: 2:23-cr-0240-JAD-EJY |
| Plaintiff, | ) |
| vs. | ) |
| FREDERICK WARREN, | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED that the detention hearing currently scheduled for June 2, 2026 at the hour of 10:00 a.m. be vacated and continued to July 20, 2026, at the hour of 10:00 a.m. in the Las Vegas Courtroom 6D.

DATED AND DONE this 24th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3