ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC.
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:23-cr-0240-JAD-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***STIPULATION TO CONTINUE*** |
| | ) | ***SENTENCING*** |
| FREDERICK WARREN, | ) | |
| | ) | (First Request) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between TODD BLANCHE, Acting Attorney General of the United States, MELINDA BREWER, Assistant United States Attorney and ROBERT M. DRASKOVICH, counsel for Defendant FREDERICK WARREN, that the sentencing hearing currently scheduled for July 20, 2026 at the hour of 10:00 a.m., be vacated and continued to the week of August 3, 2026 or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The expert on behalf of the Defense will be out of town and will require additional time to prepare for sentencing in this matter.

2. Counsel has spoken with the government who does not oppose a continuance.

3. The defendant is out of custody and agrees to the continuance.

1

This is the first request to continue filed herein.

DATED this 24th day of June, 2026.

TODD BLANCHE
Acting Attorney General of the United States

Robert M. Draskovich                         Melinda Brewer
/s/_____        /s/_____
ROBERT M. DRASKOVICH, ESQ.      MELINDA BREWER
Nevada Bar No. 6275                         Assistant United States Attorney
Attorney for Defendant                       Attorney for United States of America

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC.
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:23-cr-0240-JAD-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| FREDERICK WARREN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the detention hearing currently scheduled for July 20, 2026 at the hour of 10:00 a.m. be vacated and continued to _____ at the hour of _____ in the Las Vegas Courtroom ____.

DATED AND DONE this ____ day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

3