ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC.
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )    CASE NO: 2:23-cr-0240-JAD-EJY
                                 )
                Plaintiff,       )
                                 )
vs.                              )
                                 )
                                 )
FREDERICK WARREN,                )
                                 )
                Defendant.       )
_____  )

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for July 20, 2026, at the hour of 10:00 a.m. be vacated and continued to August 4, 2026, at the hour of 10:00 a.m. in the Las Vegas Courtroom 6D.

DATED AND DONE this 24th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

3